## 58033. ARMOUR v. THE STATE.

QUILLIAN, Presiding Judge.

Appeal was taken from defendant's conviction for burglary. *Held:*

1. Error is assigned on the failure to grant defendant's motion for severance. "Whether joint defendants are to be tried jointly or severally for non-capital felonies is a matter within the discretion of the trial court. Code § 27-2101; *Mathis v. State,* 231 Ga. 401 (202 SE2d 73) (1973)." *Aaron v. State,* 145 Ga. App. 349 (1) (243 SE2d 714). "The burden is on the defendant requesting the severance to do more than raise the possibility that a separate trial would give him a better chance of acquittal." *Todd v. State,* 143 Ga. App. 619, 620 (239 SE2d 188). Accord, *Cain v. State,* 235 Ga. 128, 129 (218 SE2d 856). From the showing here made, the trial judge did not abuse his discretion in denying the motion for a separate trial.

2. The evidence authorized the verdict.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED JUNE 12, 1979 — DECIDED
SEPTEMBER 7, 1979.

*Danny J. Lovell,* for appellant.

*Jeff C. Wayne, District Attorney, Roland H. Stroberg, Assistant District Attorney,* for appellee.